# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shane Michael Sarff,<br><br>          Plaintiff,<br><br>v.<br><br>John Does 1-5, acting in their individual capacities, and Crow Wing County,<br><br>          Defendants. | Case No. 24-cv-2734 (PJS/LIB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This action having been fully compromised and settled, **IT IS HEREBY STIPULATED** by and between the parties, through their respective undersigned counsel, that this action may be **DISMISSED WITH PREJUDICE**, on its merits, and without costs or attorney's fees to any party, and that judgment may be entered accordingly.

Dated: January 9, 2025

By: *s/ Eric A. Rice*
Eric A. Rice, #038886
1 W. Water Street, Suite 275
St. Paul, MN 55107
Phone: (651) 998-9660
Fax: (651) 344-0763
eric@ricedefense.com

***Attorney for Plaintiff***

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

Dated: January 9, 2025         By: *s/ Vicki A. Hruby*
                                                   Vicki A. Hruby, #0391163
                                                   8519 Eagle Point Boulevard, Suite 100
                                                   Lake Elmo, MN 55042-8624
                                                   Telephone: (651) 290-6500
                                                   Facsimile: (651) 223-5070
                                                   vhruby@jlolaw.com

***Attorneys for Defendant Crow Wing County***